**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KECE ZENG,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | CASE NO. 5:26-cv-06876-SK<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed.

DATED: November 19, 2026

STEVE KIM
United States Magistrate Judge